March 5, 1962.

No. 47. St. Regis Paper Co. *v.* United States, 368 U. S. 208. The motion of petitioner to recall and amend or correct the judgment is denied. *Horace R. Lamb* for petitioner. *Solicitor General Cox* for the United States.

No. 468. Engel et al. *v.* Vitale et al., constituting the Board of Education of Union Free School District No. 9, New Hyde Park. Certiorari, 368 U. S. 924, to the Court of Appeals of New York. The motion of Synagogue Council of America et al. for leave to file brief, as *amici curiae,* is granted. The motion of the American Ethical Union for leave to file brief, as *amicus curiae,* is granted. *Leo Pfeffer* for Synagogue Council of America et al., and *Leo Rosen* and *Nancy F. Wechsler* for the American Ethical Union. *Bertram B. Daiker, Thomas J. Ford, Wilford E. Neier* and *Porter R. Chandler* for respondents and intervenors-respondents in opposition.

No. 660, Misc. Jones *v.* Cunningham, Penitentiary Superintendent. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted limited to the question of "mootness." Case transferred to the appellate docket. *F. D. G. Ribble* and *Daniel J. Meador* for petitioner. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent. *Lawrence Speiser* filed a brief for the American Civil Liberties Union, as *amicus curiae,* in support of the petition.